1
2
3
4
5
6
7
8
9        **UNITED STATES DISTRICT COURT**

10                 EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| JOSE ESCOBEDO, | Case No.  1:24-cv-01153-KES-SAB |
| Plaintiff, | ORDER RE: STIPULATION SETTING ASIDE DEFAULT AND EXTENDING TIME FOR RESPONSIVE PLEADING TO BE FILED |
| v. | |
| BUFFET CONCEPTS, INC., et al., | |
| Defendants. | CONTINUING SCHEDULING CONFERENCE TO APRIL 8, 2025 |
| | (ECF No. 11) |

18      On September 27, 2024, Plaintiff Jose Escobedo commenced this action alleging

19   violations of the Americans with Disabilities Act and various related state law claims against

20   Defendants Buffet Concepts, Inc., doing business as Ole Frijole Restaurant Buffet and Hallaian

21   Brothers, LLC.  (ECF No. 1.)  On December 19, 2024, the Clerk entered an entry of default as to

22   Buffet Concepts, Inc.  (ECF Nos. 6, 7.)  On December 24, 2024, Plaintiff filed a motion for leave

23   to serve the California Secretary of State on behalf of Hallaian Brothers, LLC. (ECF No. 8.)   On

24   January 3, 2025, the Court denied Plaintiff's motion without prejudice and granted Plaintiff a

25   thirty day extension of time to effect service of process on Defendant Hallaian Brothers, LLC.

26   (ECF No. 9.)

27      On February 3, 2025, counsel for Plaintiff filed a declaration asserting that she has

28   recently been in contact with an attorney who states they have been retained to represent both

1

1  defendants in this action.  (ECF No. 10.)  On February 3, 2025, the parties filed a stipulation

2  which confirms both Defendants retained counsel on January 29, 2025.  Accordingly, the parties

3  stipulate to set aside the entry of default as to  Buffet Concepts, Inc. and extend the time for both

4  Defendants to respond to the complaint to March 5, 2025.  (ECF No. 11.)  The Court finds good

5  cause exists to grant the stipulated relief.  To accommodate the parties' stipulated extension of

6  time, the Court shall continue the March 13, 2025 scheduling conference to April 8, 2025.

7          Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

8      1.    The Clerk's entries of default against Buffet Concepts, Inc., doing business as Ole

9            Frijole Restaurant Buffet (ECF No. 7) is hereby SET ASIDE;

10     2.    Defendants Buffet Concepts, Inc. and Hallaian Brothers, LLC shall file their

11           responsive pleading **no later than March 5, 2025**;

12     3.    The March 13, 2025 scheduling conference is CONTINUED to **April 8, 2025 at

13           3:00 p.m. in Courtroom 9**; and

14     4.    The parties shall file a joint scheduling report **seven (7) days** prior to the

15           scheduling conference.

16

17  IT IS SO ORDERED.

18  Dated:    **February 4, 2025**

                                    _____

19                                  STANLEY A. BOONE
                                    United States Magistrate Judge

20

21

22

23

24

25

26

27

28

2