# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO,<br><br>    Plaintiff,<br><br>    v.<br><br>BUFFET CONCEPTS, INC., et al.,<br><br>    Defendants. | Case No. 1:24-cv-01153-KES-SAB<br><br>ORDER VACATING PENDING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 13)<br><br>**MARCH 27, 2025 DEADLINE** |

On March 6, 2025, Plaintiff filed a notice of settlement, informing the Court that this matter has been resolved and that dispositional documents will be filed no later than March 27, 2025. (ECF No. 13.)

Accordingly, pursuant to the stipulation, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and

2. The parties shall file dispositional documents **no later than March 27, 2025**.

Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated: **March 6, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1